# In the United States Court of Federal Claims

No. 21-1823 C
(Filed: December 21, 2021)

```
* * * * * * * * * * * * * * * * * *
                                    *
CACI, INC.-FEDERAL,                 *
                                    *
                Plaintiff,          *
                                    *
        v.                          *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant,          *
                                    *
and                                 *
                                    *
GENERAL DYNAMICS MISSION            *
SYSTEMS, INC., and SIERRA           *
NEVADA CORPORATION,                 *
                                    *
                Defendant-Intervenors. *
                                    *
* * * * * * * * * * * * * * * * * *
```

## ORDER

**SOMERS**, Judge.

     Before the Court are motions to dismiss for lack of subject matter jurisdiction filed by the government and Defendant-Intervenor Sierra Nevada Corporation, ECF Nos. 43, 48, and cross-motions for judgment on the administrative record filed by Plaintiff, the government, and Defendant-Intervenors. ECF Nos. 42, 48, 49, 50. After careful review, the motions to dismiss are **GRANTED**. Entry of judgment is **STAYED** pending issuance of the Court's written opinion on or before December 23, 2021.

**IT IS SO ORDRED**.

                                                              s/ Zachary N. Somers
                                                             Zachary N. Somers
                                                             Judge